Gibbs Giden Locher Turner Senet & Wittbrodt LLP

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| R&J SHEET METAL, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>A. ZAHNER COMPANY; THE GUARANTEE COMPANY OF NORTH AMERICA USA; DOE BONDING COMPANY and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 2:15-cv-07723 AB (JCx)<br><br>Honorable André Birotte Jr.<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

## ORDER OF DISMISSAL WITH PREJUDICE

On the Joint Stipulation of Dismissal with Prejudice, this case is hereby **DISMISSED WITH PREJUDICE**; Defendant The Guaranty Company of North America and Bond No. 90080236 are fully and unconditionally released; and each party shall bear its own costs,

///

///

fees, and expenses which were not satisfied by the arbitrator's March 27, 2018 Final Award and incurred in this matter.

**IT IS SO ORDERED.**

Dated: July 6, 2018      By: _____
                                           THE HONORABLE ANDRÉ BIROTTE JR.,
                                           UNITED STATES DISTRICT JUDGE

GIBBS GIDEN LOCHER TURNER SENET & WITTBRODT LLP